## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| ROBERT RAMSEUR | CASE NUMBER: 05- 75 M |
| | CR05-42-JJF |

**To:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT RAMSEUR when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  **X** Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense),

knowingly possessing with the intent to distribute mixtures and substances containing heroin, a controlled substance

in violation of Title __21__ United States Code, Section (s) __841(a)(1) and (b)(1)(C).__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

April 18, 2005    Wilmington, DE
Date and Location

**Bail fixed at $** _____

by_____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>4-18 05 | NAME AND TITLE OF ARRESTING OFFICER<br>*William David Dusin* | SIGNATURE OF ARRESTING OFFICER<br>*William Dau* |
|---|---|---|
| DATE OF ARREST<br>4-18 05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __ROBERT RAMSEUR__

ALIAS: __BONES__

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____