```
FILED
Apr 25  4 19 PM '05
CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

⑦

UNITED STATES OF AMERICA

v.

ROBERT RAMSEUR

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **05-75M**

CR05-42-JJF

I, **ROBERT RAMSEUR**, charged in a complaint pending in this District with **KNOWINGLY POSSESS WITH THE INTENT TO DISTRIBUTE HEROIN**, in violation of Title **21**, U.S.C., **841(a)(1) and (b)(1)(C); 18:2**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

April 25, 2005