## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **REDACTED** (10) |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05 – 42 |
| | : | |
| ROBERT RAMSEUR, | : | |
| | : | |
| Defendant. | : | |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about April 15, 2005, in the State and District of Delaware, the defendant herein,

ROBERT RAMSEUR, did knowingly possess with the intent to distribute mixtures and

substances containing a detectable amount of heroin, a controlled substance, in violation of Title

21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____    Dated: April 27, 2005
    Adam Safwat
    Assistant United States Attorney