IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-42-JJF |
| | ) |
| ROBERT RAMSEUR, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves that the Indictment and file in the above-captioned matter be unsealed. The Government and the Defendant agree that there is no further need to maintain this action under seal.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Adam Safwat
Assistant United States Attorney

Dated: May 24, 2005

\* \* \*

AND NOW, this __31__ day of May, 2005, upon the foregoing motion, **IT IS ORDERED** that the Indictment and file in the above-captioned action shall be **UNSEALED**.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Act. No. 05-42-JJF |
| ) | |
| ROBERT RAMSEUR, ) | **FILED UNDER SEAL** |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, Cynthia L. McMichael, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on the 24th day of May, 2005, I caused two copies of the foregoing **MOTION AND ORDER TO SEAL** to be hand delivered to the following:

Eugene J. Maurer, Esquire
Attorney-at-Law
1201-A King Street
Wilmington, DE 19801

*/s/ Cynthia L. McMichael*
Cynthia L. McMichael
Legal Assistant