IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-42 JJF |
| ROBERT RAMSEUR, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Wednesday, July 27, 2005 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

2. The time between the date of this order and July 27, 2005 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

June 27, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE