To: Clerk of Courts
From: Robert Ramseur
REason: Recommendations while incarcerated
Date: 2-14-06

CR 05-42 (JJF)

The Records department here nor do I have a verification of the recommendations that were made by the honorable Judge Joseph Farnan on 11-2-05 when I was sentenced and recommended to do a drug program and some sort of trade while incarcerated. I remember Judge Farnan saying so for me to participate in such but I have no documentation of such and I ask that you please send me all the recommendations that were made by him both while incarcerated and during my release as soon as possible please so that I can have the oppurdunity to participate otherwise I can't do so because The records department needs documentation of it for me to participate. So please send me a copy of all recommendations made by the judge while incarcerated and forward a copy Here to records Dept also.

Thank You,
Robert Ramseur
case # 1:05CR00042-001 (JJF)

P.S.
Happy Valentines Day

number: 04968-015

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Robert Ramseur #04969-015
United States penitentiary - Hazleton
P.O. Box 2000
Bruceton Mills, WV 26525

(Clerk of Courts)
Delaware District Court
J. Caleb Boggs Federal Bldg.
844 North King Street
Wilmington, Delaware 19801-3519

