TO: Whom it May Concern (URGENT)

FROM: Robert Ramseur # 04969-015

Reason: Reccommendations by Judge

Date: 2-24-06

SCANNED

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAR -1  PM 4:41

On November 2, 2005 I was sentenced to 48 months by the Honorable Judge Joseph J. Farnan and on that day he reecommended that I do a long term drug treatment program while incarcerated and take part in a trade so that I learn a Job skill while incarcerated. What I ask is that you please forward to both me and My counselor Ms. Waters here the reccommendations set forth by Judge Farnan so that I may indeed do as He requested otherwise will be unable to. Please send me documentation of Reccommendations Made By The Honorable Judge Joseph J. Farnan at your most earliest convenience please.

Case# : 1:05CR00042-001 (JJF)

THank You,

Robert Ramseur
# 04969-015

p.s. I have my Judgement of commitment but it does not state all reccommendations made while "Incarcerated", only upon release.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3C - Supervised Release

DEFENDANT: ROBERT ROLLIN RAMSEUR                                Judgment Page  4    of  6
CASE NUMBER:1:05CR00042-001(JJF)

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in the following treatment or rehabilitation programs as directed by the probation officer:

    a drug aftercare treatment program, which may include testing
    a mental health counseling program, and
    vocational and educational programs

2. NEED Reccommendations for while Incarcerated
made by Judge Farnan :
    Long Term Drug program
    Job trade
    exc.

Robert Ramseur #04969-015
United States Penitentiary - Hazleton
P.O. Box 2000
Bruceton Mills, WV 26525

J. Caleb Boggs
Federal Building
844 N. king Street
Wilmington, Delaware 19801

2006 FEB 25 AM 7:50

19801+3519 C012