To: Phrothonotary/RECORDS
From: Robert Ramseur #04969-015
Reason: Documentation of Reccomendations by The Judge
Date: 3-7-06

On Nov 2, 2005 I was sentenced by Judge Joseph J. Farnan and when I was sentenced he specifically said for me to be placed in a drug program while incarcerated and to take up a trade. My Judgement of Commitment "does not" state the reccomendations that he made only instead it states the reccomendations he made while on probation only. I ask that you please look at the transcripts and make me aware of the findings soon as possible at your most earliest convienence please.

Thank You,

Robert Ramseur #04969-015

CASE # 1:05 CR 00042-001 (JJF)

FILED
MAR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Robert Ramsbu #04909-015
United States penitentiary - Hazleton
P.O. Box 2000
Bruceton Mills, WV 26525

2006 MAR -8 AM 7:36

J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801